Elizabeth A. Bull v. William E. Finn.— Motion denied, with ten dollars costs. Order filed.

William W. Whitehead, Jr., v. Trust Concrete Steel Company.— Application denied, with ten dollars costs. Order signed.

Sigmund Rosenthal v. Emil Kouba and Another.— Application denied, with ten dollars costs. Order signed.

Joseph Ortolano v. Degnon Contracting Company.— Application granted. Order signed.

Adolf Prince v. Leo Schlesinger.— Motion granted. Order filed.

In the Matter of Delancey Street.— Motion denied, without costs. Memorandum per curiam. Settle order on notice.

Louise Winter v. Charles Winter.— Motion granted on condition that the respondent gives the stipulation mentioned in memorandum per curiam. Settle order on notice.